297

(No. 5961— )

ETHELBERT W. McCLURE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 11, 1972.*

KLEIMAN, CORNFIELD AND FELDMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5962— )

MEDICAL SURGICAL CLINIC OF EAST ST. LOUIS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed January 11, 1972.*

MEDICAL SURGICAL CLINIC OF EAST ST. LOUIS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.